AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS



**SUMMONS IN A CIVIL CASE**

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

V.

PLANT MECHANICAL GROUP, INC., an Illinois corporation

CASE NUMBER: **08 C 454**

ASSIGNED JUDGE: **JUDGE GETTLEMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Plant Mechanical Group, Inc.
c/o Husch Registered Agent, Inc., Registered Agent
401 Main Street, Suite 1400
Peoria, IL 61602



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/ Paula Harrison

**(By) DEPUTY CLERK**

**January 23, 2008**
Date



## COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

324 MAIN STREET　　ROOM B-20　　PEORIA COUNTY COURTHOUSE　　PEORIA, ILLINOIS 61602-1374　　(309)672-6040

### CORPORATION

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA　　CASE # 08-C -00454　　0800685

I HAVE THIS 14TH DAY OF FEBRUARY, 2008, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON HUSCH, REG AGENT　　AND SUSAN ROPER REGISTERED AGENT, OFFICER, OR AGENT OF THE CORPORATION.

PERSON SERVED : SEX F  RACE W  AGE　　TIME 09:25:  DATE 02/14/2008
PLACE OF SERVICE: 401　　MAIN #1400　　PEORIA , IL 61602
SERVICE FEE DUE : $16.83
MICHAEL D. MC COY　　BY:　　0409　　HESS, JULIE
SHERIFF OF PEORIA COUNTY

OFFICER : *Julie Hess* (signature)

SENT COPY: _____

### SERVICE HISTORY

02/15/2008 10:46 AM 0409 CORPORATION SERVED - REG AGENT
　　　*SERVICE COMPLETE*

NAME　Plant Mechanical Group Inc
ADDRESS　c/o Husch, Reg Agent Inc
　　　　　401 Main St #1400
CITY _____
LEFT WITH  Susan A. Roper  Asst Secty
Title/Relationship
SEX F　　AGE ___　　RACE W
TIME 0925　　DATE 2/14　　MILES 1
CAR# ___　　OFFICER ___
　　　　　　　　　　　Badge# 7953